UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff(s), | 23-CR-558 (DEH) |
| v. | |
| MUHAMMAD GARCIA, | SCHEDULING ORDER |
| Defendant(s). | |

DALE E. HO, United States District Judge:

    It is hereby ORDERED that the parties appear for an arraignment and pretrial conference with the Court on **Thursday, November 2, 2023,** at **11:00 AM**, in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

    SO ORDERED.

Dated: October 31, 2023
       New York, New York

                                                      DALE E. HO
                                        United States District Judge