

**MEMO ENDORSED**

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 4, 2024

**By ECF**

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Muhammad Garcia*, 23 CR 558 (DEH)

Dear Judge Ho,

The Government writes on behalf of the parties to report that the parties have reached an agreement in principle over a pretrial disposition and that accordingly the parties respectfully request to stay the current schedule for any pretrial motions and to schedule an appearance for a change of plea before the Court for a date and time that is convenient for the Court during the week of Monday, April 15, 2024.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By: *Thomas John Wright*
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

cc: Christopher Flood (Counsel to Defendant Muhammad Garcia) (by ECF)

Application **GRANTED**. All deadlines in this case are stayed. The parties shall appear for a change of plea hearing on Friday, April 12, 2024 at 10:30 a.m. in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. The Clerk of Court is respectfully requested to close ECF No. 24.

**SO ORDERED.**

*[signature]*

Dale E. Ho
United States District Judge
Dated: April 5, 2024
New York, New York