UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     v.<br><br>MUHAMMAD GARCIA,<br>       Defendant. | 23-CR-558 (DEH)<br><br>REVISED<br>SCHEDULING ORDER |

DALE E. HO, United States District Judge:

  IT IS HEREBY ORDERED that the change of plea hearing previously scheduled for April 12, 2024, at 10:30 a.m. is RESCHEDULED for **April 12, 2024,** at **12:00 p.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

  SO ORDERED.

Dated: April 11, 2024
    New York, New York

                    DALE E. HO
                   United States District Judge