**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8700  Fax: (212) 658-9483

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

October 18, 2024

*Application **GRANTED**. The sentencing hearing previously scheduled for November 1, 2024, shall be adjourned to **November 14, 2024, at 3:00 p.m.** Defendant's submission(s) shall be due by October 31, 2024. The Government's submission(s) shall be due by November 7, 2024.*

*The Clerk of Court is respectfully requested to close ECF No. 33.*

**SO ORDERED.**

**BY ECF**

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

*Dale E. Ho
United States District Judge
Dated: October 18, 2024
New York, New York*

Re:   *United States of America v. Muhammad Garcia*,
      **23 Cr. 558 (DEH)**

Honorable Judge Ho:

With the consent of the Government, I write on behalf of Mr. Garcia to respectfully request that the sentencing hearing, currently set in this matter for Friday, November 1, 2024 at 11 A.M., be adjourned to Thursday, November 14, 2024 at 3 P.M. This is the second request to adjourn Mr. Garcia's sentencing and is necessitated to allow Mr. Garcia and counsel to prepare for sentencing, review the Presentence Report, and complete the Defense sentencing memorandum.

I have discussed this request with Assistant United States Attorney Thomas John Wright, who consents to the requested adjournment on behalf of the United States.

Accordingly, I respectfully request that the Court adjourn the sentencing hearing in this matter to Thursday, November 14, 2024 at 3 p.m.

Thank you for your considering this request.

Respectfully submitted,

/s/

Christopher Flood
Counsel for Mr. Muhammad Garcia
Assistant Federal Defender
Tel.: (212) 417-8734

cc:   AUSA Thomas John Wright (by ECF)